**Motion DENIED**

This the 22nd day of _____April_____, 20 26 .

*Louise W. Flanagan*

LOUISE W. FLANAGAN, United States District Judge

JAMIE RAY JONES, JR. #66977-056
LSCI ALLENWOOD
P.O. BOX 1000
WHITE DEER, PA 17887

**FILED**

APR 1 3 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____DEP CLK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
413 MIDDLE STREET ROOM 207
NEW BERN, NC 28560

Attn: Hon. Louise Wood Flanagan

APRIL 8, 2026

RE: US v. JAMIE RAY JONES, JR.,
7:19-CR-172-FL-1

Motion for Copy of Statement of
Reasons

Your Honor,

I am writing this letter motion to respectfully request a copy of the Statement of Reasons for my case. I understand that in requesting such a document, I am asking for a document typically marked "Not for Public Disclosure" and is not considered a judicial record, where public access is favored. Nixon v. Warner Communications, Inc., 435 U.S. 589 (1978). However, I am requesting this document not as a third party in interest, but as the sole defendant in the matter above. See, e.g., United States v, Blasczak, 2021 U.S. Dist. LEXIS 67728, at *10 (W.D.N.Y. Apr. 7, 22021) (Statement of Reasons disclosure dened to third party to case). Further, I am not a party seeking the Statement of Reasons for myself alone, and not for example, that of a codefendant. See United States v. Mezquita Vega, 2023 U.S. Dist. LEXIS 194401, at *4 (W.D. Wash. Oct. 30, 2023). Nonetheless, courts within this circuit have unsealed a statement of reasons with redactions to third parties of personal information. See, e.g., United States v. Petraeus, 2015 U.S. Dist. LEXIS 73896, at *5 (W.D.N.C. June 8, 2015).

In consideration of the above, I respectfully request that the Statement of Reasons be provided to me for the purposes of pursuing potential postconviction remedies and preserve my rights, and as the named defendant in the above matter. Accordingly, I move this Court for relief and a copy of my Statement of Reasons.

Respectfully Submitted,

*Jamie Jones*